IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| v. § | NO. 3:18-CR-166-K (01) |
| § | |
| ROLAND CASTILLO § | |
| § | |
| Defendant | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court referred the request for revocation of Defendant's Supervised Release to United States Magistrate Judge Renee Harris Toliver for consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before this Court, however he reserved his right to object to the Report and Recommendation of the United States Magistrate Judge. After reviewing the Report and Recommendation and the Defendant's Objection, the Court sustains Defendant's Objections. Otherwise, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that the Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of **(18) Fourteen months**. No term of Supervised Release to follow.

PAGE 1

Pursuant to the relevant factors of 18 U.S.C. § 3553(a), it is this Court's intent for the Defendant to receive a sentence adjustment to account for any time that the Defendant spent in state and federal custody beginning on August 5, 2018, for which the Bureau of Prisons will not credit under 18 U.S.C. § 3585(b).  It is this Court's intent that the instant sentence shall run concurrently, starting from August 5, 2018, with the sentences imposed in Case Nos. F1821368, F1913676, and F2021549 of the Dallas County Criminal Courts, Dallas County, Texas.

The Court recommends that the Defendant be allowed to serve his sentence at a facility in or near the Dallas-Fort Worth Metroplex.

SO ORDERED.

Signed January 4th, 2023.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE